

FILED

MAY 03 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755


# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION


To:            CLERK, U.S. BANKRUPTCY COURT

Re:            UNDISTRIBUTED FUNDS

Debtor:        DEBORAH ANN CORBIN
               45111 N 25TH ST EAST #120
               LANCASTER, CA 93535

Case No.:      SV06-12588-VK


Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.


Payee:                                                   Amount:

DEBORAH ANN CORBIN                                       $16.01
45111 N 25TH ST EAST #120
LANCASTER, CA 93535


Dated:   April 29, 2011 _____          _Elizabeth J Rojas_____

                                                 Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.:       0829685
Check Date:      04/21/2011
Check Amt:       16.01

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0612588 | | DEBORAH ANN CORBIN | ███████ | 0.00 | 0.00 | 16.01 | 16.01 |
| | Claim #: 00000 | | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 16.01 | 16.01 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CORBIN, DEBORAH ANN

Case No: 0612588

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Apr 21, 2011 | 0829685 |

| CHECK AMOUNT |
|---|
| $*********16.01 |

VOID AFTER 60 DAYS

PAY
ONLY    16.01
        ONE  SIX  PERIOD  ZERO  ONE

PAY
TO THE
ORDER
OF          CLK US BANKRUPTCY CT

VOID OVER $16.01

*Elizabeth J Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0829685⑈ ⑆122044300⑉ 001⑈111690⑈